UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAMES NEWTON,
    Plaintiff,

v.                            Case No. 5:15cv188/LC/CJK

NURSE LUCKIES,
    Defendant.
_____/

ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 31, 2015 (doc. 7). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This action is DISMISSED under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted, and the clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of October, 2015.

                        s/*L.A. Collier*
                        **LACEY A. COLLIER**
                        **SENIOR UNITED STATES DISTRICT JUDGE**